**Thomas William BROWNING,**
**Petitioner-Appellant,**

v.

**A. MANSUKHANI, Warden Federal**
**Correctional Inst—Estill,**
**Respondent-Appellee.**

No. 17-7664

United States Court of Appeals,
Fourth Circuit.

Submitted: February 22, 2018

Decided: February 27, 2018

Thomas William Browning, Appellant Pro Se. Marshall Prince, II, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Columbia, South Carolina, for Appellee.

Before TRAXLER and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Thomas William Browning appeals the district court's order denying his Fed. R. Civ. P. 60(b) motion. We have reviewed the record and find no abuse of discretion. *See Aikens v. Ingram*, 652 F.3d 496, 501 (4th Cir. 2011) (stating standard of review). Accordingly, we affirm. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*